**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Demitrius Boyson

                                              Plaintiff,

v.                                                        Case No.: 1:11−cv−05803
                                                          Honorable Matthew F. Kennelly

Accounts Receivable Management, Inc., et
al.

                                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 16, 2011:

          MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held.
Plaintiff's attorney fails to appear. Case is dismissed for want of prosecution., Civil case
terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at **www.ilnd.uscourts.gov**.